## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3877                    Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL             Designated Magistrate Judge: VALDEZ

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00
                [ ] IFP         [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                         Receipt #: 2915671

Date Payment Rec'd: 07/08/08                Fiscal Clerk: DAJ

---

**ISSUANCES**

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
                                            (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

 1  Original and  0  copies on 07/08/08  as to DEF. _____
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05