AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 12'th, 2008 |
| NAME OF SERVER (PRINT) Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXX Other (specify): Personally handed the Summons and the Complaint to Ms. Elizabeth Slawniak, at the residence/office of Mr. Anthony M. Slawniak, Attorney and the Registered Agent for the defendant, D & P Chicago, Inc. Service was effected at the address of 400 Blackhawk Road, in Riverside, Illinois, at the hour of 12:05 p.m., on Saturday, July 12'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 12'th, 2008      *Philip P. Ducar*
             Date                   Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Charles E. Anderson, Trustee, on behalf of
Painters' District Council No. 30 Health and
Welfare Fund, et al.,

V.

D&P Chicago, Inc., an Illinois corporation.

CASE NUMBER: 08CV3877

ASSIGNED JUDGE: JUDGE GOTTSCHALL
MAGISTRATE JUDGE VALDEZ
YM

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

D&P Chicago, Inc.
c/o Anthony M. Slawniak, Registered Agent
400 Blackhawk Road
Riverside, IL 60546

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 8, 2008
Date