UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES E. ANDERSON, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 08 CV 3877 |
| | ) | |
| D & P CHICAGO, INC. an Illinois Corporation, | ) | Judge Gottschall |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:   See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on Thursday, August 14, 2008, at 9:30 a.m., I shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for Default and to Compel an Audit**, a copy of which is attached hereto.

Respectfully submitted,

/s/  M. Garrett Hohimer
M. Garrett Hohimer
One of Plaintiffs' Attorneys

Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603      (312) 372-1646

## **CERTIFICATE OF SERVICE**

I certify that on August 6, 2008, I electronically filed the foregoing **Notice of Motion for Plaintiffs' Motion for Default and to Compel an Audit** with the Clerk of the court using the CM/ECF system; however, there are no attorneys of record who will be sent electronic notification of such filing.

I certify that on August 6, 2008, I caused a copy of the attached **Notice of Motion for Plaintiffs' Motion for Default and to Compel an Audit** to be mailed via registered U.S. Mail, return receipt, restricted delivery, to:

Anthony M. Slawniak
Defendant's Registered Agent
400 Blackhawk Road
Riverside, IL 60546-2376

/s/  M. Garrett Hohimer