# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3877 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Anderson vs. D & P Chicago, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Enter Order. Plaintiffs' motion for default and to compel audit [9] is granted. It is hereby ordered that Defendant, D & P Chicago, Inc. is in default. Status hearing set for 9/10/2008 is stricken and reset to 10/2/2008 at 9:30AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

2008 AUG 19 PM 2:14
U.S. DISTRICT COURT

| | | Courtroom Deputy Initials: | RJ |
|---|---|---|---|