MHA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 08 CV 3877 |
| ) | |
| D & P CHICAGO, INC. an Illinois Corporation, ) | Judge Gottschall |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Default and to Compel an Audit, and the Court having jurisdiction of the parties and the subject matter, and having been fully advised of the premises, and Defendant having been properly served, but failed to appear, answer, or otherwise defend this cause in any way, it is hereby ordered as follows:

1. That Plaintiff's Motion is granted and that Defendant is in default;

2. That Defendant shall present copies or allow inspection and duplication of all business and financial records of D & P Chicago, Inc. as requested by Plaintiffs at a time and place indicated in writing by Plaintiffs, and in any event not later than 30 days after the entrance of this Order;

3. That the Court retains jurisdiction of this cause to enforce this Order.

ENTERED: 8/14/08

UNITED STATES DISTRICT JUDGE